Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone: (646) 328-0120
Nicholas P. Giuliano (NG 1060)
Richard J. Colosimo (RC 2975)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TUV INVESTMENTS, LLC,

        Plaintiff,

  - against-

HAPPY ROCK, LLC, HAPPY ROCK CAPITAL, LLC,
and HAPPY ROCK MERCHANT SOLUTIONS, LLC,

        Defendants.
-----------------------------------------------------------X

11 CV 1437 (RMB)
ECF CASE

**RULE 7.1 STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff TUV INVESTMENTS, LLC (private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party that own 10 percent or more of said parties' stock: NONE

Dated: New York, New York
      March 1, 2011

                              Bennett, Giuliano, McDonnell & Perrone, LLP
                              Attorneys for Plaintiff
                              TUV INVESTMENTS, LLC

                              Richard J. Colosimo
                              494 Eighth Avenue, 7th Floor
                              New York, New York 10001
                              Telephone: (646) 328-0120

**TO:**   Happy Rock, LLC
Happy Rock Capital, LLC
Happy Rock Merchant Solutions, LLC

Casework\D Cases\D939 MAP\Pleadings\Rule7.1-010209.doc